Name: FESTUS O. OHAN
Mailing address: 1280 E. 17th Avenue, #121, Anchorage, AK 99501
Telephone: (360) 390-8921

RECEIVED AUG 01 2023 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

FESTUS OKWUDILI OHAN,
(Full name of plaintiff in this action)
Plaintiff,

vs.

CHIMEZIE C. DURU,
CHIGBO M. EZE,
ROSE N. EMEGWA,
VICTOR ORANUSI,
VICTORIA IKPA,
(Full names of ALL defendant(s) in this action. Do NOT use et al.)
Defendant(s).

Case No. 3:23-CV-00176-SLG
(To be supplied by the Court)

PRO SE COMPLAINT

for/under

MAYHEM KIDNAPPING FOR 64 YEARS.
(Type of complaint)

### A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under: SECTION TO DO WITH RESIDENCE. ALASKA IS MY STATE OR RESIDENCE. ALOT HAPPENED IN CALIFORNIA AND ALASKA. I AM TAKING SANTUARY IN ALASKA AFTER I HAD WENT THROUGH DEATH SEVERALLY.

PS22

**B. Parties**

1. The Plaintiff is <u>FESTUS O. OHAN</u>, who presently
(Print Name)
resides at <u>1280 E. 17th Avenue, #121, Anchorage, AK 99501</u>
(Address)

2. **Defendants:**

Defendant No. 1, <u>CHIMEZIE C. DURUHESIE</u>, is a
(Name)
citizen of <u>CARSON, CA. 1208 E. DENWALL DR. 90746, (323) 535-1064</u>, who works as a
(City/State)
<u>~~Self Employed~~ OWNER</u> for <u>SELF EMPLOYED</u>.
(Job Title, if applicable)         (Employer/agency, if applicable)

Defendant No. 2, <u>CHIGBO M. EZE</u>, is a
(Name)
citizen of <u>CASTAIC, CA. 30472 VINEYARD, 91406, (661) 607-3939</u>, who works as a
(City/State)
<u>OWNER (PROPERTIES ETC)</u> for <u>SELF EMPLOYED</u>.
(Job Title, if applicable)         (Employer/agency, if applicable)

Defendant No. 3, <u>ROSE N. EMEGWA</u>, is a
(Name)
citizen of <u>LONG BEACH, CA.; LCPHC, 6060 PARAMOUNT BLVD (562) 630-9449</u>, who works as a
(City/State)
<u>NURSE</u> for <u>LA CASA PSYCHIATRIA HEALTH CLINIC</u>.
(Job Title, if applicable)         (Employer/agency, if applicable)

Defendant No. 4, <u>Dr. VICTOR ORANUSI</u> (City and State), is a
(Name)
citizen of <u>Los Angeles, CA 5020 59th STREET, 90056, (310) 762-2395/(323) 299-3016</u>, who works as a
(City/State)
<u>Medical Doctor</u> for <u>MARTIN LUTHER KING HOSPITAL</u>.
(Job Title, if applicable)         (Employer/agency, if applicable)
Ph# (562) 866-2122

Defendant No. 5, <u>VICTORIA IKPA</u>, is a
(Name)
citizen of <u>BELLFLOWER, CA; 9863 CEDAR Street, #111, 90706</u>, who works as a
(City/State)
<u>OWNER</u> for <u>JOHN VESTER TUTORING SERVICES</u>.
(Job Title, if applicable)         (Employer/agency, if applicable)

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim. State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to support each claim for relief.)

2                                                                                   COMPLAINT

CLAIM 1: and *Return all stolen properties and make me whole:

In mid 1980's, without knowledge of who group involved, I helped the FBI to profile ..... defendants as the Nigerian Mafia. They specialize in obstructing/offsetting mails and cashing out financial instruments and ... essential documents. They are involved in poisoning victims and raping females with rape drugs. They are very ungrateful and do you wrong after you have done them some favors. Examples, Gabriel Dumagwushi and Ejiaga Nwachukwu were saved by me before getting shot by Railway police for jumping into trains that was carrying treasury goods. Gabriel came after me with his group to own everything that were mine. They forced me to train them and their children who were very active in ............ the above of Nigerian Mafia. Chimezie Duru was very bad and a lifer who was rejected by his family when he was very desperate after he returned to California from Federal Prisons in Texas. Situation was very hopeless for him and he was to die in Orange County of California. I took him in for 7 months and was responsible for all his expenses. I helped him get a job and an apartment as well. Instead of being greatful, he cohersed with others, bought 8 short guns of 13 bullets each and like Gabriel, his relatives assist them in offsetting my mails and cashing out my financial instruments and credentials. I caught Victoria Ikpa collecting my mails of computers from the post office after I had bought her groceries and some cash when her husband Matthew Ikpa was in state prison. And so was Dr. Victor Oranusi who I lived and operated from a school that accepted him after he failed one year from another secondary school. He was repeating a year and his sponsors were to stop sponsoring him if he fails any term. I helped him to pass and made a medical doctor out of him (Geriatrician). Yet he joined the group to make miseries for me. Same with Chigbo Eze.

CLAIM 2: Defendants must stop impersonating me and put me back to what I would have been but for their actions/crimes.

Chimezie Duru must be made to return my full, permanent and unrestricted licensure in Medicine and Surgery the he took in September 1981 and of full licensure in Family Medicine that he took in September 1979 along with my journals. They, especially Chimezie were unable to receive cash for some of my checks, so, they deposited them in some accounts. I want them to surrender all moneys cashed and all accounts immediately.

I am the Global technology and they would not have existed without me as a ladder to. Human owners told their subjects to use me, rise to the top of the roof, and upon getting to the top, unto the ladder turn their back. Forget the history and dates to technology and educational patents plus copyrights. Human owners forged them all.

Defendants should stop threatening others when it gets to something to do with me. Gabriel and his Nigerian Mafia group have been collecting rent from my properties since at least 1961 and their children are selling most of the properties. Case in point are #13 Swamp Street, 5 Apeno Street and #26 Olamide Street all in Olodi Apapa, Lagos, NG that were built in early 60's have been sold by the children of Gabriel who had been collecting rent and using the money without a cent back to the properties for repairs—just like what their parents did. Gabriel was a polygamist and with many children that seemed to have been conceived out of wedlock. As supported by their followers, I worked round the clock, yet I was fed with only cassava. They injected human feaces in my left leg on 3 occasions as a child. They were injected in very critical locations and one behind my knee and another one by my left groin. I still have the scars. Gabriel and Chimezie had a covenant (brotherhood) early.

In 2013, Gabriel's son with his first wife called Remigius did his best to plog out my eyes eventhough I have been poisoned to weigh less than 75 pounds. I had trained him to 2 masters degrees in California without his refunding my money as agreed. I had allowed him to manage my business — Festus Onan and co in West Africa and had put additional money in it and only for the purpose of his pay. His wife, they converted the business to theirs.

CLAIM 3: Spring 1961 to Present. Reimburse my costs + punitives.

Rose Ngozi Emegwa should stop hiding in psychiatry to face the music. Her children did not create themselves and were not the one under scholarship from The Vatican city. Rose Emegwa cooked her credentials from Nigeria as detected by New York Nursing Board. She only had primary 4 education in Nigeria. But in 2½ years and with 2 children, I trained her to complete Nursing Program from Kaplan College/University and passed LVN, NCLEX and Nursing Licensure Exam. Just like Remigius of Gabriel, I was promised to be paid/rewarded and that of Rose Emegwa will be coming from Vatican City. Both completed studies by 1994 and I am yet to receive payments. Instead, what I am getting is death and >>> anguish. They claimed to be Sons and Daughters of Isreal like the Jews. And again, as Queen Shiba said, "nothing good comes out of Isreal."

Like everyone else, the Igbo's should all return to their owners. My date line of September 20th, 2023 (my birthday) is fast approaching. At age 5 when I first met Gabriel, he claimed that I was his father and reverses the title when he became settled and answering the same last name. Boxers Dick Tiger and Hogan Bassey of Nigeria that were working as Janitors and landscape, help them with my file with The Royal Orthopaedic Hospital in Lagos, West Africa where I was a Medical Doctor even at age of 5. I had initially worked at Cardigan Ward Woodside, U.K. My parents thought me very young. I am the only one that started most programs especially in California that included "Head Start", "WIN" and gifted programs. I had absolutely no choice for I was forced.

Remigius Or Ohanu tested at 4th grade or Primary 4 when he came to California and aside from starting him with non graduation courses, I thought him just like I later did with Rose Ngozi Emegwa. After Rose N. Emegwa, they gave me a Helen Akum Amara who also tested at Primary 4 level. In no time she obtained a High National Diploma (BS equivalent) in Library Science through me.

They were committing Payroll crimes, attempted murder, robbery, repetitious act of misconduct, financial and Post office etc crimes on me even though they are all on probation/parole on previous crimes (777). Illegal contracts are null and void at face value. There contracts with their Lord, their God that gave them everything including the World and the Universe is illegal and so are everything arising from the Contract. Aside from polygamy, this group as Cannibalistic. Gabriel's group eat someone that looked like Jesus to him in the very past. The remaining group still eat people especi-

NOTE TO NGOZI NWOKEJI
20400 ELKWOOD STREET,
WINNETKA, CA 91306
(818) 674-0340    6/29/2023

THEY DRUG RAPE OTHERS WIVES AT OVULATIONS TO HAVE THEIR CHILDREN

FESTUS O. OHAN MD, JDetc
1? ENUE,
I' ENUE,
ANCHORAGE, AK 99502, US

FESTUS O. OHAN MD, JDetc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99502, US

Email: festusowudiliohen@gmail.com
(Names given to me by Global Judges as my file was sealed in 1961.)

Hello Ngozi!

Hope this note finds you, Kenneth, Chinedi, Chizoro, Chinedu, Chika and Chinyere in good health. You are not to return nor respond to content of this note except for the fact that you are expected to inform me anything else you know about me especially the fact that my mails where offset by the same group and my financial instruments cashed. and kept with the sole intentions to deny me of them forevermore.

Ngozi, you still have to bring your offenders to justice and its not too late. You may use this note for such purpose if you wish/want. Kenneth and the children will help you and they will give you all the emotional support that you will need. You allowed Chinezie Duruezie, Hilary Ikenacho and group into you live when Kenneth was gone. They were drug raping you. You wore drug raped on the day that Hilary invited you for his acclaimed birthday. You called me from my home in Linda to transport you home. I came but they convinced you not to go that they would return you home. You had already been raped at this time and they gave you more of the drug after I was gone. According to Chinezie, Gilbert Onaeze Ofonegbu told him that you were very cold (sign of overdose) when he carried you to your appartment to rape you. You where in ovulation then and they ensured that you were fertilized. This group is very viscous especially to me and those around my home in LA, CA and Nigeria are part of them. For I have been injured, damaged and denatured. They offset my mails, credentials, licenses, financial instruments etc from at least 1961 when they came to West Africa and declared Indepence on October 1, 1961.

I am a nonhuman and was forced to train them and their kids since early childhood and that is with the little that I was paid and allowed to have. I have no children of my own and never been married unless there are fake papers floating around. Investigators should as for marriage certificates and my response should they cost one. I am probable the only one of my type around. I do have 10 cases going on in app Federal and U.S. Courts of Appeals at this time and they may all go to the Supreme Court if not bombed at Supreme Court level. I am the attorney of record.

They were putting raped drugs like "blue pittbull" in you during your ovulation and rapping you. You are not the only one. Alert others. Share the email and ...

Case 2:23-cv-00176-SLG   Document 15   Filed 08/01/23   Page 6 of 7

FESTUS O. OHAN MD, JDetc
1280 E. 17ª AVENUE,
UNIT 121
ANCHORAGE, AK 99502, US



ALASKAN FRONTIER
995-997
31 JUL 2023 PM 1 L

CLERK OF COURT — USDC — ALASKA
222 W. 7th AVENUE
ANCHORAGE
AK 99513