# CIVIL COVER SHEET

3:23-CV-00176-SLG

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
FESTUS O. OHAN

**(b)** County of Residence of First Listed Plaintiff: ANCHORAGE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: PRO SE
FESTUS O. OHAN, 1280 E. 17th AVENUE UNIT 121, ANCHORAGE, AK 99501

## DEFENDANTS
CHIMEZIE C. DURU et al

County of Residence of First Listed Defendant: LOS ANGELES
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*:

RECEIVED AUG 01 2023
CLERK U.S. DISTRICT COURT
ANCHORAGE, AK

## II. BASIS OF JURISDICTION
[X] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1 / DEF [ ] 1
Citizen of Another State: PTF [ ] 2 / DEF [X] 2

## IV. NATURE OF SUIT
[X] 375 False Claims Act
[X] 370 Other Fraud (marked)

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 370, 375, 448, 440, 380, 550, 320, 360, 190,

Brief description of cause: I have been kidnapped and >> malhandled since spring of 1960/1961

## VII. REQUESTED IN COMPLAINT:
DEMAND $ Judges to unlimited / decide
JURY DEMAND: [X] No

## VIII. RELATED CASE(S) IF ANY
All 9
JUDGE: RRB, SLG
DOCKET NUMBER: 3:23-CV-00047-SLG
3:22-CV-00212-RRB

DATE: July 31st, 2023
SIGNATURE OF ATTORNEY OF RECORD

Case 3:23-cv-00176-SLG   Document 2   Filed 08/01/23   Page 1 of 1